# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 15-228-1 |
| **DAVORIS CARTER** | : | |
| | : | |
| | : | |

## ORDER

This 8th day of February, 2021, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 74, is **DENIED**, for the reasons set forth in the accompanying Memorandum.

                                                                                        /s/ Gerald Austin McHugh
                                                                                 United States District Judge